UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BART DOUGLAS KIMBER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.  25-cv-05883-SVK

**ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

Re: Dkt. No. 28

Before the Court is Plaintiff's Administrative Motion to Remove an Incorrectly Filed Document.  Dkt. 28 (the "Motion").  The Motion explains that the document in question, Dkt. 21, was filed mistakenly in this case and was intended for Plaintiff's wife's social security action.  *See id.*  The document contains her personal information.  *See id.*  Accordingly, the Court finds good cause and **GRANTS** the Motion.  The Clerk of Court is hereby **ORDERED** to permanently remove Dkt. 21 from ECF.

**SO ORDERED.**

Dated: April 22, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California