CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    Kenneth.Kao@usdoj.gov

Attorneys for Defendant UNITED STATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BART D. KIMBER, | ) No. 25-CV-05883-SVK |
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION** |
| UNITED STATES OF AMERICA, | ) [PROPOSED] **ORDER AS MODIFIED** |
| Defendant. | ) |
| | ) **Honorable Susan Van Keulen** |
| | ) **United States Magistrate Judge** |

For the following reasons, Plaintiff and Defendant jointly request that the Court continue the Initial Case Management Conference currently scheduled for May 12, 2026, to July 7, 2026.

WHEREAS on February 11, 2026, the Court set a Settlement Conference with the Honorable Virginia K. DeMarchi on April 29, 2026. (ECF No. 20.)

WHEREAS on February 24, 2026, the parties filed an Initial Joint Case Management Statement in which they requested the Court continue the Initial Case Management Conference to May 19, 2026, i.e., after the Settlement Conference on April 29, 2026. (ECF No. 22.)

WHEREAS that same date on February 24, 2026, the Court continued the Initial Case

Management Conference to May 12, 2026. (ECF No. 23.)

WHEREAS on April 21, 2026, Plaintiff filed a motion to have counsel appointed for the limited purpose of representing him during the settlement proceedings. (ECF No. 29.) Defendant did not oppose the motion.

WHEREAS on April 22, 2026, the Court (Judge DeMarchi, signing) granted Plaintiff's motion and referred him to the Federal Pro Se Program for limited scope representation. The Program is to notify the Court no later than May 22, 2026 of having identified a pro bono attorney, or not. Further, the order vacated the April 23, 2026 pre-settlement conference telephone call and the April 29, 2026 Settlement Conference, which are to be "rescheduled once pro bono counsel is appointed, or after it has been determined that the Program is unable to identify pro bono counsel." (ECF No. 30.)

Given that Plaintiff's attorney will be appointed, if at all, around May 22, 2026, and presuming that the Settlement Conference will be rescheduled to sometime in June, the parties request that the Court continue the Initial Case Management Conference to July 7, 2026. The parties shall file a Case Management Statement no later than June 30, 2026, pursuant to Civil Local Rule 16-9.

The case does not have a case schedule or case management order. The parties respectfully request that they submit a proposed case management schedule after the scheduled Settlement Conference.

IT IS SO STIPULATED.

DATED: April 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

  /s/ Kenneth J. Kao
KENNETH J. KAO
Assistant United States Attorney

Attorneys for the United States

DATED: April 30, 2026

  /s/ Bart Kimber
BART D. KIMBER

Plaintiff Pro Se

**<u>DECLARATION OF KENNETH J. KAO</u>**

I, Kenneth J. Kao, declare as follows:

1.      I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Joint Stipulation Continuing Initial Case Management Conference filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2.      Plaintiff filed his Complaint on July 14, 2025. (ECF No. 1.)

3.      On July 14, 2025, the Court set the initial case management schedule for this case, including an initial case management conference on October 15, 2025, with a case management statement to be due on October 8, 2025. (ECF No. 3.)

4.      Between October 2, 2025 and November 19, 2025, the Court stayed the case pending the end of the government shutdown. (ECF Nos. 9-11.)

5.      On November 19, 2025, the case was referred to Magistrate Judge Virginia K. DeMarchi for settlement. (ECF No. 16.)

6.      On February 24, 2026, the parties filed an Initial Joint Case Management Statement in which they requested the Court continue the Initial Case Management Conference to May 19, 2026, i.e., after the Settlement Conference on April 29, 2026. (ECF No. 22.)

7.      That same date on February 24, 2026, the Court continued the Initial Case Management Conference to May 12, 2026. (ECF No. 23.)

8.      On April 21, 2026, Plaintiff filed a motion to have counsel appointed for the limited purpose of representing him during the settlement proceedings. (ECF No. 29.) Defendant did not oppose the motion.

9.      On April 22, 2026, the Court (Judge DeMarchi, signing) granted Plaintiff's motion and referred him to the Federal Pro Se Program for limited scope representation. The Program is to notify the Court no later than May 22, 2026 of having identified a pro bono attorney, or not. Further, the order vacated the April 23, 2026 pre-settlement conference telephone call and the April 29, 2026 Settlement Conference, which are to be "rescheduled once pro bono counsel is appointed, or after it has been

determined that the Program is unable to identify pro bono counsel." (ECF No. 30.)

10.     Given that Plaintiff's attorney will be appointed, if at all, around May 22, 2026, and presuming that the Settlement Conference will be rescheduled to sometime in June, the parties request that the Court continue the Initial Case Management Conference to July 7, 2026. The parties shall file a Case Management Statement no later than June 30, 2026, pursuant to Civil Local Rule 16-9.

11.     On April 23 and 29, 2026, I emailed Plaintiff for his concurrence on this proposal to the Court. On April 29, 2026, I spoke with Plaintiff over the telephone. On April 29, 2026, Plaintiff responded by email in the affirmative, agreeing to our request.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief.

Executed this 30th day of April, 2026, in San Francisco, California.

/s/ *Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney

[PROPOSED] ORDER AS MODIFIED

In light of the Settlement Conference date of April 29, 2026 being vacated, the pending limited-scope appointment of counsel for Plaintiff in the Settlement Conference, the rescheduling of the Settlement Conference to a date to be determined, and good cause appearing, the Court continues the Initial Case Management Conference to **July 7 14, 2026**. The parties shall file a Case Management Statement no later than ~~June 30~~ **July 7, 2026**, pursuant to Civil Local Rule 16-9.

IT IS **SO ORDERED.**

DATED: April 30, 2026

_____

THE HONORABLE SUSAN VAN KEULEN