CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7320
    Fax: (415) 436-6748
    Kenneth.Kao@usdoj.gov

Attorneys for Defendant UNITED STATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BART D. KIMBER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 25-CV-05883-SVK<br><br>**JOINT STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE;** ~~**DECLARATION**~~**;**<br>~~**[PROPOSED]**~~ **ORDER AS MODIFIED**<br><br>**Honorable Susan van Keulen**<br>**United States Magistrate Judge** |

For the following reasons, Plaintiff and Defendant jointly request that the Court continue the Initial Case Management Conference currently scheduled for July 7, 2026, to August 4, 2026, i.e., after the Settlement Conference scheduled with the Honorable Virginia K. DeMarchi on July 17, 2026.

WHEREAS on February 11, 2026, the Court set a Settlement Conference with Judge DeMarchi on April 29, 2026. (ECF No. 20.)

WHEREAS on February 24, 2026, pursuant to the parties' request to continue the Initial Case Management Conference to a date after the April 29, 2026 Settlement Conference, the Court continued the Initial Case Management Conference to May 12, 2026. (ECF Nos. 22 and 23.)

WHEREAS on April 21, 2026, Plaintiff filed a motion to have counsel appointed for the limited purpose of representing him during the settlement proceedings. (ECF No. 29.) Defendant did not oppose the motion.

WHEREAS on April 22, 2026, the Court (Judge DeMarchi, signing) granted Plaintiff's motion, referring him to the Federal Pro Se Program for limited scope representation, and also vacated the April 29, 2026 Settlement Conference. The Settlement Conference was to be rescheduled once the Program appointed pro bono counsel, or determined that none could be identified. (ECF No. 30.)

WHEREAS on April 30, 2026, pursuant to the parties' request again that the Initial Case Management Conference be continued to a date after the Settlement Conference, the Court continued the Initial Case Management Conference to July 14, 2026. (ECF Nos. 32 and 33.)

WHEREAS on May 7, 2026, the Court (Judge DeMarchi, signing) ordered the appointment of pro bono counsel for the limited scope of representation during settlement proceedings. (ECF No. 35.)

WHEREAS the Settlement Conference before Judge DeMarchi is now scheduled for July 17, 2026, with a pre-settlement conference call on July 10, 2026. (ECF No. 36.)

WHEREAS on June 4, 2026, the Court reset the Initial Case Management Conference to July 7, 2026, with a Case Management Statement due by June 30, 2026. (ECF No. 40.)

In anticipation of a productive Settlement Conference before Judge DeMarchi on July 17, 2026, the parties respectfully request that the Court continue the Initial Case Management Conference from July 7, 2026 to August 4, 2026. The parties shall file a Case Management Statement no later than July 28, 2026, pursuant to Civil Local Rule 16-10(d).

The case does not have a case schedule or case management order. The parties respectfully request that they submit a proposed case management schedule after the July 17, 2026 Settlement Conference.

IT IS SO STIPULATED.

DATED: June 8, 2026                    Respectfully submitted,

                                       CRAIG H. MISSAKIAN
                                       United States Attorney

_/s/ Kenneth J. Kao_
KENNETH J. KAO
Assistant United States Attorney

Attorneys for the United States

DATED: June 8, 2026

_/s/ Navid Cyrus Bayar_
NAVID CYRUS BAYAR
ZEB C. ZANKEL

Attorneys for Plaintiff

## ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(1), I, Kenneth J. Kao, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

_/s/ Kenneth J. Kao_
KENNETH J. KAO

JOINT STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
No. 5:25-CV-05883-SVK                3

**[PROPOSED] ORDER**

In light of the Settlement Conference scheduled for July 17, 2026 and good cause appearing, the Court continues the Initial Case Management Conference from July 7, 2026 to August 4 11, 2026. The parties shall file a Case Management Statement no later than July 28 August 4, 2026, pursuant to Civil Local Rule 16-10(d).

**SO ORDERED**

DATED:      June 10, 2026

_____
THE HONORABLE SUSAN VAN KEULEN

JOINT STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
No. 5:25-CV-05883-SVK                                6