UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BART DOUGLAS KIMBER,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

Case No. 25-cv-05883-SVK

**ORDER EXTENDING APPOINTMENT OF PRO BONO COUNSEL**

Re: Dkt. No. 35

On May 7, 2026, the Honorable Virginia DeMarchi appointed pro bono counsel for limited scope representation to assist Plaintiff Bart Douglas Kimber with a settlement conference. Dkt. 35. The settlement conference, held on July 10, 2026, did not result in settlement. Dkt. 45.

On October 6, 2026, the Parties filed a Joint Case Management Statement with the Court in which they stated, "Plaintiff's counsel has recently agreed to continue representing Plaintiff in this case and Defendant does not oppose their continued representation of Plaintiff going forward." Dkt. 49 at 2. At the corresponding Case Management Conference held on October 15, 2026, Mr. Bayar confirmed on the record that Plaintiff's counsel is willing to continue representing Mr. Bayar in this matter through trial.

The Court hereby extends the scope of Mr. Zankel and Mr. Bayar's pro bono representation of Mr. Kimber through trial. *See* Dkt. 35. Counsel is again directed to General Order No. 25, available on the Court's website, for information regarding pro bono representation.

**SO ORDERED.**

Dated: October 15, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California