Navid C. Bayar (SBN 319640)
nbayar@jenner.com

Zeb Zankel (SBN 298919, pro hac vice)
zzankel@jenner.com

JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (628) 267-6800

*Counsel for Plaintiff*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division

KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
Fax: (415) 436-6748
Kenneth.Kao@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BART D. KIMBER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 5:25-CV-05883-SVK<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE CASE SCHEDULE**<br>AS MODIFIED BY THE COURT<br>Honorable Susan van Keulen<br>United States Magistrate Judge |

Plaintiff, Bart D. Kimber, and Defendant, the United States of America, through their attorneys, respectfully submit the following joint case schedule:

WHEREAS, the Court held an Initial Case Management Conference on October 15, 2026;

WHEREAS, during the Case Management Conference the Court ordered the Parties to submit a proposed case schedule by October 22, 2026 pursuant to their stipulated-to Case Management Statement;

WHEREAS, the Parties have conferred regarding a case schedule and have agreed to the dates below;

NOW, THERFORE, the Parties stipulate to and jointly request that the Court order the following case schedule to be entered:

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings | Friday, February 19, 2027 |
| Close of Fact Discovery | Friday, March 5, 2027 |
| Opening Expert Disclosures | Friday, March 26, 2027 |
| Rebuttal Expert Disclosures | Friday, April 16. 2027 |
| Close of Expert Discovery | Friday, April 30, 2027 |
| Deadline to File Dispositive Motions and Challenges to Expert Opinions | Friday, May 14, 2027 |
| Deadline to File Oppositions to Dispositive Motions and Expert Challenges | Friday, May 28, 2027 |
| Deadline to File Replies in Support of Dispositive Motions and Expert Challenges | Friday, June 4, 2027 |
| Hearing on Dispositive Motions and Expert Challenges | Tuesday, July 6, 2027 |
| Joint Pretrial Statement | Thursday, August 19, 2027 |
| Pretrial Conference | Thursday, September 2, 2027 |
| Bench Trial (2 court days) | Monday, September 13 to Tuesday September 14, 2027 |

Respectfully submitted,

Dated: October 22, 2026

**JENNER & BLOCK LLP**

By: _/s/ Navid Bayar_
Zeb Zankel (SBN 298919)
Navid C. Bayar (SBN 319640)
*Attorneys for Plaintiff*

CRAIG H. MISSAKIAN
United States Attorney

Dated: October 22, 2026

By: _/s/ Kenneth J. Kao_
KENNETH J. KAO
Assistant United States Attorney
Attorney for Defendant

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Kenneth J. Kao, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: October 22, 2026 By: *<u>/s/ Kenneth J. Kao</u>*

**~~[PROPOSED]~~ ORDER**

Based on the Stipulated Request of the Parties, and good cause appearing, the case schedule is ordered as follows:

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings | Friday, February 19, 2027 |
| Close of Fact Discovery | Friday, March 5, 2027 |
| Opening Expert Disclosures | Friday, March 26, 2027 |
| Rebuttal Expert Disclosures | Friday, April 16. 2027 |
| Close of Expert Discovery | Friday, April 30, 2027 |
| Deadline to File Dispositive Motions and Challenges to Expert Opinions | Friday, May 14, 2027 |
| Deadline to File Oppositions to Dispositive Motions and Expert Challenges | Friday, May 28, 2027 |
| Deadline to File Replies in Support of Dispositive Motions and Expert Challenges | Friday, June 4, 2027 |
| Hearing on Dispositive Motions and Expert Challenges | Tuesday, July 13, 2027 |
| Joint Pretrial Statement | Thursday, September 23, 2027<br>Responsive Pleadings: September 30, 2027 |
| Pretrial Conference | Thursday, October 14, 2027 |
| Bench Trial (2 court days) | October 25-October 26, 2027 |

IT IS SO ORDERED.

DATED: October 23, 2026

Susan van Keulen

THE HONORABLE SUSAN VAN KEULEN